1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10

11   RUDOLPH MORALEZ,                          Case No. 20-07860 BLF (PR)

             Plaintiff,
12                                             **JUDGMENT**

13        v.

14   RON DAVIS, et al.,

15           Defendants.

16

17

18        The Court has dismissed the second amended complaint for failure to state a claim

19   upon which relief may be granted.  Judgment is entered accordingly.

20        **IT IS SO ORDERED.**

21   **Dated:  __September 24, 2021____**

22                                             BETH LABSON FREEMAN
                                               United States District Judge
23

24

25   Judgment
     PRO-SE\BLF\CR.20\07860Moralez_judgment
26

27

28

*United States District Court*
*Northern District of California*