UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 20-cv-07860 BLF (PR)<br><br>**ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL** |

    Plaintiff, a state prisoner, filed this civil action pursuant to 42 U.S.C. § 1983 regarding prison conditions, and was granted leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 9. On September 24, 2021, the Court dismissed the second amended complaint for failure to state a claim for which relief can be granted after Plaintiff had been afforded two opportunities to amend and the deficiencies remained the same. Dkt. No. 27. Plaintiff appealed the matter. Dkt. No. 31.

    The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether IFP status should continue on appeal or whether the appeal is frivolous or taken in bad faith. Dkt. No. 33. The Court finds that the appeal is frivolous since the dismissal was proper. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's IFP status is **REVOKED**.

The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

**IT IS SO ORDERED.**

**Dated: __August 27, 2024_____**

_____
BETH LABSON FREEMAN
United States District Judge

Order Revoking IFP on Appeal
PRO-SE\BLF\CR.20\07860Moralez_ifp-appeal

2